Todd M. Friedman (216752)
Darin Shaw (251037)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr. #415
Beverly Hills, CA 90211
Phone: 877 206-4741
Fax: 866 633-0228
tfriedman@attorneysforconsumers.com
dshaw@attorneysforconsumers.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **COURTNEY WOOD AND JAMIE WOOD,** ) | Case No. 4:11-cv-03291-DMR |
| Plaintiff, ) | **NOTICE OF SETTLEMENT** |
| ) | |
| vs. ) | |
| ) | |
| **GC SERVICES, LIMITED PARTNERSHIP,** ) | |
| Defendant. ) | |
| _____ ) | _____ |

NOW COMES THE PLAINTIFFS by and through their attorney to respectfully notify this Honorable Court that this case has settled. Plaintiffs request that this Honorable Court allow sixty (60) days with which to file dispositive documentation. A Voluntary Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 19th day of September, 2011.

By: s/Todd M. Friedman
TODD M. FRIEDMAN
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

Notice of Settlement - 1

1 Filed electronically on this 19th day of September, 2011, with:

2 United States District Court CM/ECF system

3

4 Notification sent electronically via the Court's ECF system to:

5 Honorable Donna M. Ryu
United States District Court
6 Eastern District of California

7

8 Notification sent electronically via U.S. Mail to:

9 Todd P. Stelter
HINSHAW & CULBERTSON LLP
10 222 North LaSalle Street
Suite 300
11 Chicago, Illinois 60601-1081
12

13 This 19th day of September, 2011.

14
<u>s/Todd M. Friedman</u>
15 Todd M. Friedman